IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07CV1019-mht |
| | ) |
| THIRTEEN THOUSAND TWO HUNDRED | ) |
| TWELVE ($13,212) DOLLARS IN | ) |
| UNITED STATES CURRENCY, | ) |
| | ) |
| DEFENDANT. | ) |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America (hereinafter, "United States"), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, in a civil cause of forfeiture *in rem* respectfully alleges as follows:

### NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States the following property: Thirteen Thousand Two Hundred Twelve ($13,212) Dollars in United States currency (hereinafter, "Defendant currency") which was seized from Anthony Terry Blair on June 12, 2007, for violations of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq*.

### JURISDICTION AND VENUE

2. The United States brings this action *in rem* in its own right to forfeit and condemn the Defendant property under 21 U.S.C. § 881. This Court has jurisdiction over this action under 28

U.S.C. §§ 1345 and 1355(a). This Court has <u>in rem</u> jurisdiction over this action under 28 U.S.C. § 1355(b).

3. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1) and 28 U.S.C. § 1395 because the acts or omissions giving rise to the forfeiture occurred in this district and the property is located within the Middle District of Alabama.

## THE DEFENDANT IN REM

4. The Defendant consists of approximately Thirteen Thousand Two Hundred Twelve ($13,212) Dollars in United States currency (hereinafter, "Defendant currency") which was seized from Anthony Terry Blair on June 12, 2007.

## FACTS

5. The facts and circumstances supporting the seizure of the Defendant currency are as follows:

   a) On June 12, 2007, a Crenshaw County Sheriff's Investigator made a traffic stop on a Ford pick-up truck in Crenshaw County, Alabama. Anthony Terry Blair (hereinafter, "Blair") of Montgomery, Alabama, was the driver of the vehicle.

   b) During routine questioning, the Investigator noticed Blair appeared unusually nervous. After issuing Blair two traffic citations, the Investigator requested permission to search Blair and his vehicle for drugs, guns, and any other items related to criminal activity. Blair agreed to the search.

c)   Marijuana seeds were found on the floorboard of the truck. A bag with marijuana residue and rolling papers were found under the driver's seat. Blair admitted to the marijuana possession.

d)   During a pat down, $312.00 was located in Blair's front left pocket and $3,000.00 in an envelope in Blair's back right pocket. A lighter and a sandwich bag containing marijuana residue was located in Blair's front right pocket. Blair admitted to having marijuana in the sandwich bag. When asked about the money, Blair stated that he had the money to purchase building materials for an upcoming job.

e)   During the initial search, the Investigator noticed Blair was wearing multiple layers of clothing and had felt something inside Blair's clothing along the upper right leg. After transport to the Crenshaw County Jail, the Investigator remained with Blair while he changed into jail clothing.

f)   The Investigator reminded Blair about the object inside his clothing. Blair stated that he had a little more money and removed a sandwich bag with a rubber band around it from his jogging shorts. The sandwich bag contained $9,900.00. The Investigator advised Blair the money was being seized as drug proceeds, totaling $13,212.00 in United States currency. Blair declined to respond to whether or not the money was drug related.

Blair claimed that $3,000.00 of the seized currency was for building materials.

 g) Blair was arrested and charged with possession of marijuana and possession of drug paraphernalia.

 h) A trained drug detection dog made a positive alert on the seized currency. An alert means the canine has detected the presence of illegal drugs or the by-products, chemicals and substances associated with drug production.

 i) On or about September 14, 2007, Anthony Terry Blair filed a claim asserting ownership of the Defendant currency.

### CLAIM FOR RELIEF

6. The United States repeats and realleges each and every allegation set forth in Paragraphs 1 through 5(i) above.

7. The Defendant currency constitutes monies furnished, or intended to be furnished, in exchange for controlled substances, or represents proceeds of trafficking in controlled substances or was used or intended to be used to facilitate violations of 21 U.S.C. §§ 801 et seq.

8. As a result of the foregoing, the Defendant currency is liable to condemnation and to forfeiture to the United States for its use in accordance with 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States requests that the Court issue a Warrant for the arrest and seizure of the Defendant currency, pursuant to Supplemental Rule G(3)(b), which will executed upon the

Defendant currency pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c); that the Defendant currency be forfeited and condemned to the United States; that the United States be awarded its costs and disbursements in this action and, for such other and further relief as this Court deems proper and just.

Respectfully submitted this the 19th day of November, 2007.

                              FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY

                              John T. Harmon [HAR108]
                              Assistant United States Attorney

Address of Counsel:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile: (334) 223-7560

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STATE OF ALABAMA            )
COUNTY OF MONTGOMERY        )

## VERIFICATION

I, Robert Greenwood, hereby verify and declare under penalty of perjury that I am a Special Agent with the Drug Enforcement Administration. I have read the Verified Complaint, know the contents thereof, and that the matters contained therein are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and, as to those matters, I believe them to be true.

The sources of my knowledge and information are the official files and records of the United States and information supplied to me by other law enforcement officers, as well as my investigation of this case and the investigation of this case by other law enforcement officers.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct this 19th day of November, 2007.

_____
ROBERT GREENWOOD - Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me this 19th day of November, 2007.

_____
Notary Public
Commission Expires: 9.23.09