IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHEN DIVISION

| | |
|---|---|
| United States of America ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No 2:07cv 1019- MHT |
| ) | |
| Thirten Thousand Two Hundred Twelve ) | |
| ($13,212) Dollars in U.S. Currency ) | |
| Defendant ) | |

ANSWER TO COMPLAINT FOR FORFEITURE

Comes now Anthony Blair, (hereinafter "Blair") by and through counsel John W. Hartley, Jr., and for Answer to the Complaint says as follows:

1. Blair admits that the subject property was seized by the Plaintiff but denies that the property was ever involved in any illegal activity.

2. Blair admits to jurisdiction.

3. Blair admits to venue.

4. Blair claims to be the sole owner of the $13,212.00 and that the money was earned legally.

5. Blair admits that he was found to be in possession of $13,212.00 and denies that said money was in any way connected to drugs or illegal activity.

6,7 &8 Blair denies that the United States has any grounds forfeiture or condemnation and demands strict proof of the Plaintiff's allegations.

Wherfore, Premises considered, Blair requests that this Honorable Court restore the subject property to claimant.

Respectfully Submitted,

*John W Hartley*

John W. Hartley, Jr. HAR 060

Attorney for Anthony Blair
312 Scott St.
Montgomery, Al 36104
334-269-9157

Certificate of Service

I hereby certify that I have served a copy of the foregoing Answer and Claim by hand delivery to:

Hon., John T Harmon
Assistant U.S. Attorney
131 Clayton Street
Montgomery, Al 36104

Done this **28** day of December, 2007

_____
John W. Hartley, Jr. HAR 060

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

United States of America          )
    Plaintiff                         )
                                      )
v.                                )   Civil Action No 2:07cv 1019- MHT
                                  )
Thirten Thousand Two Hundred Twelve )
($13,212) Dollars in U.S. Currency  )
    Defendant                       )

2007 DEC 28 A 9:18

Claim of Anthony Blair

BEFORE ME, the undersigned authority, a Notary Public in and for said County and State, Personally appeared Anthony Blair and being by me first duly sworn, deposes and says as follows:

My name is Anthony Blair. I am over the age of majority and presently reside at 3304 Milan Dr. Montgomery, AL 36109. I am a self employed contractor and I have been in the repair and roofing business for about 25 years. My customers are individuals and businesses in and around Montgomery, Alabama, including a Municipal Judge for the City of Montgomery. I work regularly at my job and I earned the money ($13,212.00) that was taken on June 12, 2007 in the course of my roofing and repair business. I request that the money be returned to me.

    I declare under oath and under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted

Anthony Terry Blair

Sworn to and Subscribed before me the undersigned authority by Anthony Terry Blair on this 27th day of December, 2007.

Notary Public
My commission expires: September 4, 2011

John W. Hartley, Jr. HAR 060
  Attorney for Anthony Blair
312 Scott St.
Montgomery, Al 36104
 334-269-9157