IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___*Northern*___ DIVISION

UNITED STATES OF AMERICA,  )
)
    Plaintiff,            )
)
v.                       )   CASE NO. 2:07-cv-1019-MHT
)
Thirteen Thousand Two Hundred + Twelve )
($13,312)                      )
    Defendants,       )
Anthony Blair
Claimant

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW _Anthony Blair_, a [Plaintiff/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| NONE | N/A |

Jan 11, 2008
Date

Signature _John W. Hartley_ HAN060
Counsel
Anthony Blair Claimant
Counsel for (print names of all parties)
712 Scott St. Montgomery AL 36104
Address, City, State Zip Code
334-269-9157
Telephone Number

Also requires a certificate of Service

*[signature: John W. Hartley]*
Attorney for Anthony Blair
312 Scott St.
Montgomery, Al 36104
334-269-9157

## Certificate of Service

I hereby certify that I have served a copy of the foregoing Conflict Disclosure Statement by hand delivery to:

Hon., John T Harmon
Assistant U.S. Attorney
131 Clayton Street
Montgomery, Al 36104

Done this 11th day of January, 2008

_____
John W. Hartley, Jr. HAR 060