| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>Gary Edwards<br>C. Signature<br>X [signature]  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Montgomery Advertiser<br>P.O. Box 1000<br>Montgomery, AL 36101-1000<br>Attn: Legal Ads | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2007 DEC 12  A 11: 32<br>DEC 1 0 2007<br>UNITED STATES<br>MARSHAL SERVICE<br>MIDDLE ALABAMA |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. 7001 1140 0001 8579 7179 | 13,212 TOUPS  KC |
| PS Form 3811, July 1999 | Domestic Return Receipt   102595-00-M-0952 |

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form* |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:07CV1019-mht |
|---|---|
| DEFENDANT<br>THIRTEEN THOUSAND TWO HUNDRED TWELVE ($13,212) DOLLARS IN UNITED STATES CURRENCY | TYPE OF PROCESS<br>RETURNED AND FILED<br>NOTICE OF FORFEITURE |

**SERVE AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| MONTGOMERY ADVERTISER |
| ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
| POST OFFICE BOX - POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-0000 |

MAR - 4
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

ASSET ID #07-DEA-486163          PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>11/19/07 |
|---|---|---|---|
| *John* | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. | District of Origin<br>No. 2 | District to Serve<br>No. 2 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavers | Date<br>11/29/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

| Name and title of individual served (*If not shown above*). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (*complete only if different than shown above*) | Date of Service<br>3/3/08 | Time<br>3:00 pm |
| | Signature of U.S. Marshal or Deputy<br>K. Chavers | |

| Service Fee<br>45.00 | Total Mileage Charges<br>(including endeavors) | Forwarding Fee<br>8.00 | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 12/7/07 C.M. # 7001 1140 0001 8579 7179
12/12/07 Received green card signed "Gary Edwards"
Published 12/10, 12/17, 12/24/07
3/3/08 paid invoice

PRIOR EDITIONS MAY BE USED                     FORM USM 285 (Rev. 12/15/80)

U.S. Department of Justice  
United States Marshals Service

AO # 0076691500  
$243.60

## PUBLIC VOUCHER FOR ADVERTISING

DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE  
U. S. Department of Justice, U. S. Marshals Service

PLACE VOUCHER PREPARED  
Montgomery, AL

DATE PREPARED  
12/06/2007

NAME OF PUBLICATION  
Notice of Forfeiture

NAME OF PUBLISHER OR REPRESENTATIVE  
Montgomery Advertiser

ADDRESS (Street, room number, city, State, and ZIP code)  
P. O. Box 1000, Montgomery, AL 36101

For Agency Use Only  
VOUCHER NUMBER 401  
SCHEDULE NUMBER  
PAID BY  
U.S. Marshal  
Symbol 8102

### CHARGES

| | NUMBER OF LINES (Indicate Counted or space) | COST PER LINE | TOTAL COST |
|---|---|---|---|
| Line Rates FIRST INSERTION | 116 | .70 | 243.60 |
| ADDITIONAL INSERTIONS GIVE NUMBER | | | |
| TOTAL | | | $0.00 |
| | | | $0.00 |
| | NUMBER OR UNITS (Indicate inch, square, word, folio) | COST PER LINE | TOTAL COST |
| Other Rates FIRST INSERTION | | | |
| ADDITIONAL INSERTIONS GIVE NUMBER | | | $0.00 |
| TOTAL | | | $0.00 |
| | | | $0.00 |
| TOTAL LINE RATES AND OTHER RATES | | | $0.00 |
| LESS DISCOUNT AT % | | | ($0.00) |
| BALANCE DUE | | | $243.60 |
| VERIFIED (initials) | | | |

ADVERTISEMENT PUBLISHED IN  
Montgomery Advertiser

DATE PUBLISHED  
12/10, 12/17, 12/24

I certify that the advertisement described above appeared in the named publication and that this account is correct and eligible for payment.

SIGNATURE AND TITLE OF CERTIFYING OFFICER — DATE 2/26/08  
SIGNATURE AND TITLE OF AUTHORIZING OFFICER USM — DATE 02/25/08  
Betty Dennis  
MY COMMISSION EXPIRES 11/06/2010

ACCOUNTING CLASSIFICATION  
1585042 O/C 2417  OBL #  
16679

PAID BY CHECK NUMBER  
82037  3/3/08