IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
|       **v.** ) | CIVIL ACTION NO. 2:07cv1019-MHT |
| ) | |
| **THIRTEEN THOUSAND TWO HUNDRED** ) | |
| **TWELVE ($13,212) DOLLARS IN** ) | |
| **UNITED STATES CURRENCY,** ) | |
| ) | |
|    **Defendant.** ) | |

**MOTION FOR DECREE OF FORFEITURE**

Pursuant to the Federal Rules of Civil Procedure and Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the United States of America (United States) respectfully moves this Court for entry of a Decree of Forfeiture. This Motion is supported by the previously filed Verified Complaint for Forfeiture In Rem (Doc. #1), Warrant of Arrest In Rem,(Doc. #2) and Stipulation for Compromise Settlement between the United States and Claimant Anthony Terry Blair. The Stipulation for Compromise Settlement is attached hereto and incorporated herein.

A proposed Decree of Forfeiture is submitted herewith.

Respectfully submitted this 23rd day of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Bar Number: ASB4152 W86T
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: <u>tommie.hardwick@usdoj.gov</u>


**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: John W. Hartley, Jr.


Respectfully submitted,


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:07cv1019-MHT |
| THIRTEEN THOUSAND TWO HUNDRED TWELVE ($13,212) DOLLARS IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

**STIPULATION FOR COMPROMISE SETTLEMENT**

It is hereby stipulated by and between the United States of America ("United States"), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Anthony Terry Blair ("Claimant",) by and through his respective attorney, as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2. Claimant consents to the entry of a Decree of Forfeiture forfeiting Four Thousand Two Hundred Twelve Dollars ($4,212.00) in United States currency to the United States to be disposed of according to law.

3. The United States agrees to release Nine Thousand Dollars ($9,000.00) in United States currency to Claimant's attorney, John W. Hartley, Jr.

4. Claimant releases the United States; the State of Alabama; and all entities and authorities established within the

State of Alabama and the agents, employees, assigns, and servants of the above described governments, entities and authorities, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which Claimant, Claimant's heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the Defendant currency. The Claimant expressly waives the recovery of attorney's fees, costs and expenses by any legal action or by any act or law of the United States including, but not limited to, Title 28, United States Code, Section 2412. The Claimant also agrees that this express waiver in no way limits the scope and application of the general waiver above.

5. The parties agree that this is a compromise settlement of disputed claims and that by entering into this settlement neither party admits wrongdoing or liability on any basis.

6. Each party will bear its own costs.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

Date: April 23, 2008

*signature*
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Attorney for Plaintiff
  United States of America

Date: April 21, 2008

x *signature*
ANTHONY TERRY BLAIR
Claimant

Date: April 21, 2008

*signature*
JOHN W. HARTLEY, JR.
Attorney for Claimant Anthony Terry
Blair

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560


For Claimant:

John W. Hartley, Jr.
312 Scott Street
Montgomery, Alabama 36104
Telephone: (334) 269-9157
Facsimile: (334) 262-4880

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv1019-MHT |
| ) | |
| **THIRTEEN THOUSAND TWO HUNDRED** ) | |
| **TWELVE ($13,212) DOLLARS IN** ) | |
| **UNITED STATES CURRENCY,** ) | |
| ) | |
| Defendant. ) | |

**DECREE OF FORFEITURE**

On November 19, 2006, a Verified Complaint for Forfeiture In Rem against the Defendant Thirteen Thousand Two Hundred Twelve ($13,212) Dollars in United States currency was filed on behalf of the United States of America (United States) (Doc. #1). The Complaint alleges that the Defendant currency was used or intended to be used in exchange for controlled substances, or represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate the commission of a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq.; therefore, the Defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant and Summons for Arrest In Rem issued by this Court, the United States Marshals Service for the Middle District of Alabama arrested the Defendant currency on December 4, 2007 (Doc. #5);

That on December 3, 2007, Jim Cooper, John Hartley's law partner, was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture In Rem and Warrant and Summons for Arrest In Rem (Doc. #4);

That on December 3, 2007, Anthony Terry Blair was personally served by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture In Rem and Warrant and Summons for Arrest In Rem (Doc. #6);

That on December 10, 17 and 24, 2007, notice of the action was published in the Montgomery Advertiser newspaper (Doc. #14);

That on December 28, 2007, Anthony Terry Blair filed his claim and answer as to the Defendant currency, within the time permitted by Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims (Doc. #7);

That on April 23, 2008, the United States and Claimant Anthony Terry Blair entered into a Stipulation for Compromise Settlement in which Claimant consented to entry of a Decree of Forfeiture forfeiting Four Thousand Two Hundred Twelve ($4,212) Dollars in United States currency to the United States to be disposed of according to law.  The United States agreed to release Nine

Thousand ($9,000) Dollars in United States currency to Claimant's attorney: John W. Hartley, Jr.;

That no other claim or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States for a Decree of Forfeiture and for good cause otherwise shown, it is hereby ORDERED, ADJUDGED and DECREED:

That the United States Marshals Service release Nine Thousand ($9,000) Dollars in United States currency to Claimant's attorney, John W. Hartley, Jr.;

That Four Thousand Two Hundred Twelve ($4,212) Dollars in United States currency is forfeited to the United States and no right, title or interest in the Defendant currency shall exist in any other party and it shall be disposed of according to law; and,

That each party will bear their own costs.

DONE this the ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE